**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6603**
_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

KEVIN LAMONT WALKER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Rebecca Beach Smith, District Judge.  (4:05-cr-00005-RBS-JEB-1)

_____

Submitted:  June 16, 2011               Decided:  June 21, 2011

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Lamont Walker, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lamont Walker appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct a clerical error in the district court's docket sheet. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Walker's motion to expedite decision is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED